1  Christopher A. Turtzo, NV Bar No. 10253
   Bryan Baugh, NV Bar No. 16193
2  MORRIS, SULLIVAN,
   LEMKUL & TURTZO, LLP.
3  3960 Howard Hughes Parkway, Suite 400
   Las Vegas, NV 89169
4  Phone: (702) 405-8100
   Fax: (702) 405-8101
5  turtzo@morrissullivanlaw.com
   baugh@morrissullivanlaw.com
6
   *Attorneys for Defendant,*
7  *Shentel Kalakau*

8
                **UNITED STATES DISTRICT COURT**
9
                     **DISTRICT OF NEVADA**
10

11 DELRON D. MIMS and SHAREEF A.
   BROWN,                                    Case No.: 2:24-cv-00342-APG-DJA
12
            Plaintiff,
13                                           **STIPULATION AND ORDER TO
   v.                                        DISMISS WITH PREJUDICE**
14
   SHENTEL KALAKAU, individually;
15 DOORDASH, INC., A foreign Corporation,
   DOE INDIVIDUALS 1-20, inclusive; and
16 ROE CORPORATIONS 1-20, inclusive,

17          Defendants.

18

19     IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-

20 entitled action, DELRON D. MIMS, SHAREEF A. BROWN, SHENTEL KALAKAU, and

21 DOORDASH, INC., by and through their respective counsels of record, that, subject to the terms

22 of the settlement agreement signed by and entered into on behalf of all parties, that all claims and

23 causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-

24 claims, are hereby dismissed <u>with prejudice</u> as to all parties, including as to all DOE and ROE

25 defendants.

26 / / /

27

28 / / /

                                    1

Each party is to bear their own attorneys' fees and costs.

| | |
|---|---|
| DATED this 30th day of June 2025 | DATED this 30th day of June 2025 |
| **THE SCHNITZER LAW FIRM** | **BURGER, MEYER & D'ANGELO, LLP** |
| /s/ Jennifer DelCarmen<br>Jordan Schnitzer, NV Bar No. 10744<br>Jennifer DelCarmen, NV Bar No. 12727<br>710 S. 9th St. Suite 2<br>Las Vegas NV 89101 | /s/ Susan Gillespie<br>Charles T. Meyer, NV Bar No. 11842<br>Tabetha Martinez, NV Bar No. 14237<br>Susan Gillespie, NV Bar No. 15227<br>725 S. 8th St., Suite, 200<br>Las Vegas, NV 89101 |
| *Attorney for Plaintiffs* | *Attorneys for Defendant, DoorDash, Inc.* |
| DATED this 30th day of June 2025. | DATED this 30th day of June 2025. |
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **MORRIS, SULLIVAN, LEMKUL & TURTZO, LLP** |
| /s/ Dana Grigg<br>Dana Grigg, NV Bar No. 11962<br>5555 Kietzke Lane, Suite 200<br>Reno, Nevada 89511 | /s/ Bryan Bsugh<br>Christopher A. Turtzo, NV Bar No. 10253<br>Bryan Baugh, NV Bar No. 16193<br>3960 Howard Hughes Parkway, Suite 400<br>Las Vegas, NV 89169 |
| *Attorneys for Defendant,<br>Shentel Kalakau* | *Attorneys for Defendant,<br>Shentel Kalakau* |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint in United States District Court Case No. 2:24-cv-00342-APG-DJA is dismissed WITH PREJUDICE, with each party to bear their own attorneys' fees and costs.

DATED this 1st day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

CASE NO.: 2:24-cv-00342-APG-DJA

*Respectfully submitted by:*

**MORRIS SULLIVAN, LEMKUL & TURTZO, LLP**

BY: _Bryan Baugh_____
Christopher Turtzo, NV Bar. No. 10253
Bryan Baugh, NV Bar No. 16193
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
*Attorneys for Defendant,*
*Shentel Kalakau*